UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>        Plaintiff,<br><br>   v.<br><br>STRATEGIC RESTAURANTS ACQUISITION COMPANY II, LLC dba BURGER KING #09937, et al.,<br><br>        Defendants. | No. CIV. S-13-0402 LKK/EFB<br><br><br>**ORDER** |

   Pending before the court in the above-captioned case is plaintiff's motion to amend his complaint, currently scheduled to be heard on October 21, 2013. (ECF No. 28.) Defendants, represented by Martin H. Orlick, have not filed a timely opposition or statement of non-opposition, as required by Local Rule 230(c).

   Accordingly, the court hereby orders as follows:

   [1] Counsel for defendants is ORDERED TO SHOW CAUSE in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00, for his failure

1

to respond to the motion to amend in a timely manner. Counsel for defendants shall file his written response to this Order To Show Cause within seven (7) calendar days of the docketing of this order.

[2] The hearing on the motion to amend, currently scheduled for October 21, 2013, is CONTINUED to November 18, 2013 at 10:00 a.m. in Courtroom 4.

[3] Defendants are DIRECTED to file an opposition or statement of non-opposition to plaintiff's motion no later than October 14, 2013 at 4:30 p.m. Plaintiff shall file his reply, if any, no later than October 21, 2013 at 4:30 p.m.

IT IS SO ORDERED.

DATED:  October 9, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2