UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>        Plaintiff,<br><br>   v.<br><br>STRATEGIC RESTAURANTS ACQUISITION COMPANY II, LLC dba BURGER KING #09937, et al.,<br><br>        Defendants. | No. CIV. S-13-0402 LKK/EFB<br><br>**ORDER** |

    Pending before the court in the above-captioned case is plaintiff's motion to amend his complaint, currently scheduled to be heard on October 21, 2013. (ECF No. 28.) Defendants, represented by Martin H. Orlick, have not filed a timely opposition or statement of non-opposition, as required by Local Rule 230(c).

    Accordingly, the court hereby orders as follows:

    [1] Counsel for defendants is ORDERED TO SHOW CAUSE in writing why he should not be sanctioned in accordance with Local Rule 110, including a fine of $150.00, for his failure

1

1    to respond to the motion to amend in a timely manner.
2    Counsel for defendants shall file his written response to
3    this Order To Show Cause within seven (7) calendar days of
4    the docketing of this order.

6    [2] The hearing on the motion to amend, currently scheduled
7    for October 21, 2013, is CONTINUED to November 18, 2013 at
8    10:00 a.m. in Courtroom 4.

10   [3] Defendants are DIRECTED to file an opposition or
11   statement of non-opposition to plaintiff's motion no later
12   than October 14, 2013 at 4:30 p.m. Plaintiff shall file his
13   reply, if any, no later than October 21, 2013 at 4:30 p.m.
14   IT IS SO ORDERED.
15   DATED:  October 9, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2