UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>        Plaintiff,<br><br>  v.<br><br>STRATEGIC RESTAURANTS ACQUISITION COMPANY II, LLC dba BURGER KING #09937, et al.,<br><br>        Defendants. | No. CIV. S-13-0402 LKK/EFB<br><br><br>**ORDER** |

Pending before the court in the above-captioned case is plaintiff's motion to amend his complaint, originally scheduled to be heard on October 21, 2013. (ECF No. 28.) Defendants, represented by Martin H. Orlick, failed to file a timely opposition or statement of non-opposition, as required by Local Rule 230(c). Accordingly, this court issued an order (i) continuing the hearing on the motion until November 18, 2013; (ii) directing defendants to file an opposition or statement of non-opposition by Monday, October 13, 2013 at 4:30 p.m.; and (iii) ordering counsel for defendants to show cause in writing,

1

1 no later than October 17, 2013, as to why he should not be
2 sanctioned for his failure to respond to the motion in a timely
3 manner. (ECF No. 29.)
4 　　　Defendants failed to file an opposition or a statement of
5 non-opposition as directed. But counsel for defendants has
6 responded to the order to show cause. In a declaration, he avers
7 that he failed to oppose the motion because he "understood that
8 the case had settled, and therefore, Plaintiff would file a
9 notice of settlement and that all deadlines would be vacated."
10 (Decl. Orlick 2:25-26, ECF No. 30.)
11 　　　In light of the foregoing, the court hereby orders as
12 follows:
13 　　　If this case has settled, plaintiff is DIRECTED to file with
14 　　　the court either a stipulation of dismissal pursuant to
15 　　　Federal Rule of Civil Procedure 41(a)(1)(ii) or a request
16 　　　for dismissal under Rule 41(a)(2), whichever is more
17 　　　appropriate based on the terms of the settlement. If this
18 　　　case has not settled, plaintiff is DIRECTED to file a
19 　　　declaration to that effect, and to therein also inform the
20 　　　court as to whether he still seeks leave to amend his
21 　　　complaint. In either event, plaintiff is to make the
22 　　　requisite filing within seven (7) days of docketing of this
23 　　　order.
24 　　　IT IS SO ORDERED.
25 　　　DATED:　October 17, 2013.
26
27 　　　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
 　　　　　　　　　　　　　　　　　　　SENIOR JUDGE
 　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
28

2