LYNN HUBBARD III, SBN 69773
LAW OFFICES OF LYNN HUBBARD
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

MARTIN H. ORLICK, SBN 083908
JEFFER MANGELS BUTLER & MITCHELL LLP
Two Embarcadero Center, Fifth Floor
San Francisco, CA 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584
Email: morlick@jmbm.com

Attorney for Defendant
Strategic Restaurants Acquisition Company II,
LLC dba Burger King #09937

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Dodson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Strategic Restaurants Acquisition Company II, LLC dba Burger King #09937, et al.,<br><br>        Defendants.<br>_____/ | Case No. 2:13-cv-00402-LKK-EFB<br><br>**JOINT STIPULATION FOR DISMISSAL and ORDER THEREON** |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Robert Dodson, and defendant, Strategic Restaurants Acquisition Company II, LLC dba Burger King #09937, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: October 31, 2013          LAW OFFICES OF LYNN HUBBARD

                                             /s/   Lynn Hubbard            /
                                            LYNN HUBBARD III
                                            Attorney for Plaintiff

Dated: October 31, 2013          JEFFER MANGELS BUTLER & MITCHELL LLP

                                             /s/   Martin H. Orlick         /
                                            MARTIN H. ORLICK
                                            Attorney for Defendant Strategic Restaurants Acquisition Company II, LLC dba Burger King #09937

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-00402-LKK-EFB, is dismissed with prejudice in its entirety.

Dated: November 1, 2013.

                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT